UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HINES INTERESTS LIMITED PARTNERSHIP, a Texas limited partnership; URBAN OAKS BUILDERS, LLC, a Delaware limited liability company; 1662 MULTIFAMILY LLC, a Delaware limited liability company; HINES 1662 MULTIFAMILY, LLC, a Delaware limited liability company; HINES INVESTMENT MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; HIMH GP, LLC, a Delaware limited liability company; HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP, a Texas limited partnership; JCH INVESTMENTS, INC., a Texas corporation;<br><br>v.<br><br>SOUTHSTAR CAPITAL GROUP I, LLC, a Florida limited liability company; COTTINGTON ROAD TIC, LLC, a Delaware limited liability company; DURBAN ROAD TIC, LLC, a Delaware limited liability company; COLLIS ROOFING, INC., a Florida corporation; DA PAU ENTERPRISES, INC., a Florida corporation; FLORIDA CONSTRUCTION SERVICES, INC., a Florida corporation; STRUCTURAL CONTRACTORS SOUTH, INC., a Florida corporation; NAVIGATORS SPECIALTY INSURANCE COMPANY, a New York corporation; GEMINI INSURANCE COMPANY, a Delaware corporation; and IRONSHORE SPECIALTY INSURANCE COMPANY, an Arizona corporation;<br><br>          Defendants. | Civil Action No. 4:19-cv-04211 |

## **PLAINTIFFS' NOTICE OF FILING**

Plaintiffs, HINES INTERESTS LIMITED PARTNERSHIP, URBAN OAKS BUILDERS, LLC, 1662 MULTIFAMILY LLC, HINES 1662 MULTIFAMILY, LLC, HINES INVESTMENT

MANAGEMENT HOLDINGS LIMITED PARTNERSHIP, HIMH GP, LLC, HINES REAL ESTATE HOLDINGS LIMITED PARTNERSHIP, and JCH INVESTMENTS, INC., by and through its undersigned counsel, gives notice of filing the following documents from the matter *In re: Urban Oaks Builders LLC, 18-34892*, pending in the U.S. Bankruptcy Court in the Southern District of Texas and its adversary proceeding *Hines Interests Limited Partnership, et al. v. Gemini Ins. Co., et al.,* Adv. Proc. No. 4:19-cv-04211:

1. Doc. 1 – Original Complaint;
2. Doc. 1-1 – Exhibit 1 to Original Complaint;
3. Doc. 1-2 – Exhibit 2 to Original Complaint;
4. Doc. 1-3 – Exhibit 3 to Original Complaint;
5. Doc. 1-4 – Exhibit 4 to Original Complaint;
6. Doc. 1-5 – Exhibit 5 to Original Complaint;
7. Doc. 1-6 – Exhibit 6 to Original Complaint;
8. Doc. 1-7 – Exhibit 7 to Original Complaint;
9. Doc. 1-8 – Exhibit 8 to Original Complaint;
10. Doc. 1-9 – Exhibit 9 to Original Complaint; and
11. Doc. 1-10 – Exhibit 10 to Original Complaint.

Respectfully submitted,

**BOYLE, LEONARD & ANDERSON, P.A.**

By: /s/ *Mark A. Boyle*
Mark A. Boyle
Florida Bar No. 0005886
Molly Chafe Brockmeyer
Florida Bar No. 0105798
2050 McGregor Blvd.
Fort Myers, FL 33901
(239) 337-1303
(239) 337-7674 – Facsimile
eservice@insurance-counsel.com

mboyle@insurance-counsel.com
mbrockmeyer@insurance-counsel.com
*Pro Hac Vice*
**Attorneys for the Plaintiffs**

and

**OKIN ADAMS LLP**

Matthew S. Okin
Texas Bar No. 00784695
James W. Bartlett, Jr.
Texas Bar No. 00795238
David L. Curry, Jr.
State Bar No. 24065107
1113 Vine Street, Suite 240
Houston, Texas 77002
(713) 228-4100
(888) 865-2118
mokin@okinadams.com
dcurry@okinadams.com
**Attorneys for the Debtor UOB**

## CERTIFICATE OF SERVICE

This will certify that on November 20, 2019, a true and correct copy of this document was forwarded by electronic transmission to all registered ECF users appearing in the case.

By: /s/ Mark A. Boyle
     Mark A. Boyle
     Florida Bar No. 0005886