EXHIBIT G

**Archived:** Thursday, September 19, 2019 4:59:41 PM
**From:** Witmeyer, Robert J.
**Sent:** Thursday, October 5, 2017 6:06:17 PM
**To:** Neslage, Kevin M.
**Cc:** Bahadoran, Sina; 'bcanzoneskolnik@vela-ins.com'
**Subject:** RE: Hines/Urban Oaks - Scheduling Conference call
**Sensitivity:** Normal
**Attachments:**
Celebration Lofts_Expense Breakdown Spreadsheet - as of 10.5.2017-c-c.xls

---

Kevin,

During our conversation yesterday, you promised me a letter regarding Gemini's position. Please be advised that my client expects to know Gemini's coverage position for this Project by tomorrow. If that does not occur, my client intends on filing a lawsuit against Gemini. We will be seeking damages resulting from Gemini's breach of contract, bad faith, and statutory violations.

Gemini has failed to advise Urban Oaks of its coverage position (since its lone, generic June 30 reservation of rights letter) despite receiving substantial information from Urban Oaks as to the extensive damages involved. I was informed that we would know Gemini's coverage position after a "round table" at the beginning of September. A month later, Urban Oaks has received no additional correspondence from Gemini. Critically, Gemini has yet to inform Urban Oaks as to whether Gemini believes the Gemini policy provides coverage for the loss rents flowing from the property damage at the Project despite Urban Oaks submitting Southstar's demands to Gemini (including the August loss rents of over $700,000). Gemini's bad faith has caused significant additional exposure to my client, as it has impaired Urban Oaks' ability to resolve this matter amicably with Southstar by not knowing the scope of available insurance.

Further, not only has Gemini failed to convey its coverage position to its insured, but Gemini has also failed to inform the excess carriers of its coverage position. Gemini's failure has prevented the excess carriers from providing their coverage position to Urban Oaks on a timely basis as well.

Finally, please see the attached documents reflecting payments made by Urban Oaks of over $1.2 million for expenses because of the property damage at the Project. We are demanding immediate payment of these expenses. As you know, Gemini has already violated Chapter 542 of the Texas Insurance Code for its failure to timely pay Urban Oaks' claim of $162,734.80, which was submitted on July 21, 2017. Due to its size, I will submit the expense documentation in a separate e-mail tomorrow.

I look forward to your prompt response.

Best regards,
Rob Witmeyer

---

**From:** Witmeyer, Robert J.
**Sent:** Wednesday, October 04, 2017 2:10 PM
**To:** 'Neslage, Kevin M.'
**Cc:** 'sbahadoran@hinshawlaw.com'
**Subject:** RE: Hines/Urban Oaks - Scheduling Conference call

Kevin,

It has been a week since we last spoke. Urban Oaks still has not heard from Gemini, despite Urban Oaks providing substantial information relating to the significant property damage and loss rents. Will you please advise as to where we are with this matter?

On a related note, please be advised that Gemini has violated the Texas Prompt Payment Statute (Texas Insurance Code Chapter 542) for its inaction relating to Urban Oaks' claim on July 21, 2017. Under Chapter 542, Urban Oaks is entitled to 18% interest and attorneys' fees. If Urban Oaks files suit against Gemini, Urban Oaks will be seeking such interest and attorneys' fees, along with any other remedies to which it is entitled.

I look forward to hearing back from you.

Best regards,
Rob Witmeyer

---

**From:** Witmeyer, Robert J.
**Sent:** Wednesday, September 27, 2017 3:19 PM
**To:** 'Neslage, Kevin M.'
**Cc:** 'sbahadoran@hinshawlaw.com'
**Subject:** RE: Hines/Urban Oaks - Scheduling Conference call
**Importance:** High

Kevin,

Here are the loss of business income documents for August. As you'll see, Southstar is demanding over $734k for August alone. I look forward to hearing back from you.

Rob

---

**From:** Witmeyer, Robert J.
**Sent:** Wednesday, September 27, 2017 10:57 AM
**To:** 'Neslage, Kevin M.'
**Cc:** 'sbahadoran@hinshawlaw.com'
**Subject:** RE: Hines/Urban Oaks - Scheduling Conference call

Kevin,

Here are the loss of business income figures from May through July 2017. Obviously these numbers will be increasing exponentially in light of the County's order.

Rob

---

**From:** Witmeyer, Robert J.
**Sent:** Tuesday, September 26, 2017 3:56 PM
**To:** Neslage, Kevin M.
**Cc:** 'sbahadoran@hinshawlaw.com'
**Subject:** RE: Hines/Urban Oaks - Scheduling Conference call

Kevin,

As we discussed, here is the cost of repair estimate for the SOLA/Celebration project. Please be advised that the $4.657M estimate does not include loss rents. I look forward to hearing from you soon.

Rob

---

**From:** Neslage, Kevin M. [mailto:kneslage@hinshawlaw.com]
**Sent:** Monday, August 28, 2017 5:07 PM
**To:** Witmeyer, Robert J.
**Subject:** RE: Hines/Urban Oaks - Scheduling Conference call

Rob,

Sounds good. If it is fine with you, we can use the following conference call line:

Call-in number: 888-546-0556
Guest Passcode: 326 237

Sina Bahadoran, myself, and Bettyann Canzone from Vela will be on the call.

Kevin

---

**From:** Witmeyer, Robert J. [mailto:rob.witmeyer@cooperscully.com]
**Sent:** Monday, August 28, 2017 9:17 AM
**To:** Neslage, Kevin M.
**Subject:** RE: Hines/Urban Oaks - Scheduling Conference call

Kevin,

My people are available then.  I am reaching out to see if Ironshore can make that time as well.

Rob

**Robert J Witmeyer**

Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, TX 75202
Direct: 214.712.9554
Phone: 214.712.9500
Fax: 214.712.9540
Email: rob.witmeyer@cooperscully.com
www.cooperscully.com

---

Confidentiality Notice: This email and any attachments and their use by any recipient are subject to the terms, conditions, restrictions and disclaimers that can be reviewed by clicking the following link.
http://www.cooperscully.com/confidentialitynotice/

---

Dallas - 214.712.9500      Houston 713.236.6800      San Francisco 415.956.9700

---

**From:** Neslage, Kevin M. [mailto:kneslage@hinshawlaw.com]
**Sent:** Friday, August 25, 2017 11:18 AM
**To:** Witmeyer, Robert J.
**Subject:** Hines/Urban Oaks - Scheduling Conference call

Rob,

As a follow up to our phone conversation yesterday, we would like to schedule a conference call with Hines to discuss recent developments at the apartments in Celebration.

As you may know, our client is in California, so afternoons tend to work better. We are available on **Wednesday August 30th at 4pm Eastern/3pm Central/1pm Pacific**. Does this time work to schedule a conference call? Please let me know.

Thanks,

**KEVIN M. NESLAGE**
Hinshaw & Culbertson LLP
t 305.358.7747 | f. 305.577.1063
e: kneslage@hinshawlaw.com

**HINSHAW**
& CULBERTSON LLP

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.