United States District Court
Southern District of Texas

**ENTERED**

February 11, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URBAN OAKS BUILDERS LLC, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-4211 |
| GEMINI INSURANCE COMPANY, *et al*, | § § § § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Memorandum and Recommendation (Instrument No. 177) signed by Magistrate Judge Christina Bryan on December 2, 2020, regarding **Instrument Nos. 79 and 82**. The Court also reviewed the Memorandum and Recommendation (Instrument No. 178) signed by Magistrate Christina Byan on December 2, 2020, regarding **Instrument Nos. 91, 106 and 123.** Plaintiffs timely filed objections. The Court has reviewed the Memorandums and Recommendations and objections and made a de novo review of the Magistrate Judge's recommended dispositions to which objections were raised, Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *McLeod, Alexander, Powel & Apffel P.C. v. Quarles*, 925 F.2d 853, 855 (5th Cir. 1991), and after consideration of the applicable law, is of the opinion that said Memorandum and Recommendations should be adopted by this Court. It is therefore

ORDERED, ADJUDGED and DECREED that United States Magistrate Judge Bryan's Memorandums and Recommendations are hereby adopted by this Court.

The Clerk shall enter this Order and provide all parties with a true copy.

SIGNED on this the ‿11th‿ day of February, 2021, at Houston, Texas.

_____

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

2