United States District Court
Southern District of Texas
**ENTERED**
November 19, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

URBAN OAKS BUILDERS LLC, ET AL.     §
    §
      *Plaintiffs*,     §
    §
v.     §       Civil Action No. 4:19-cv-4211
    §
GEMINI INSURANCE COMPANY, ET AL.,     §
    §
      *Defendants*.     §

## ORDER

This insurance coverage dispute is before the Court on Defendants Gemini Insurance Company and Navigators Specialty Insurance Company's Joint Motion to Stay Remaining Deadlines Pending Ruling on the Cross Motions for Summary Judgment. ECF 298. The Court previously vacated the October 29, 2021 docket call but took under advisement the decision of whether to issue a stay. ECF 302. Plaintiffs oppose a stay and request a new trial setting. ECF 305.

There are numerous motions under consideration that may be dispositive, narrow the issues to be tried, or facilitate settlement. Additionally, several of the pending motions and responses filed will determine whether the Defendants have a duty to indemnify Plaintiffs in an underlying state suit filed against the Plaintiffs in the Circuit Court of the Ninth Judicial District in Osceola, Florida. Before setting a trial date the resolution of these motions is necessary. The Court concludes that the most efficient course of action is to stay this proceeding pending the Court's ruling on dispositive motions. It is therefore ORDERED that the Motion to Stay (ECF 298) is GRANTED.

Signed on November 19, 2021, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge