United States District Court
Southern District of Texas
**ENTERED**
July 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| URBAN OAKS BUILDERS, LLC, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:19-CV-004211 |
| GEMINI INSURANCE COMPANY, et al., | ) |
| Defendants, | ) |

### ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is the motion of Susan N.K. Gummow of Foran, Glennon, Palandech, Ponzi & Rudloff to withdraw as counsel as to defendants Navigators Specialty Insurance Company and Great American Assurance Company. Having considered the foregoing, the undersigned finds that the Motion to Withdraw should be and is GRANTED.

DATED this ___8th___ day of ___July___, 2025.

_____
Hon. Andrew S. Hanen
U.S. District Judge