**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **URBAN OAKS BUILDERS, LLC, et al.,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-CV-004211** |
| | § | |
| **GEMINI INSURANCE COMPANY, et al.,** | § | |
| **Defendants.** | § | |

**JOINT STIPULATION**

Plaintiffs Urban Oaks Builders, LLC, et al. ("Plaintiffs")[1], and Defendant Ironshore Specialty Insurance Company ("Ironshore"), Defendant Gemini Insurance Company ("Gemini"), and Defendant Navigators Specialty Insurance Company ("Navigators")  and the Southstar Parties hereby stipulate as follows to the following facts regarding expert Michael Rimoldi:

According to the Osceola County Building Permits Records, unsafe to occupy notices for building violations were issued around August 18, 2017. The repair work necessary to cure those violations would require permitting for various aspects of the work.

1.      As each respective permit is obtained and inspections performed as the work progresses, each element would be verified for compliance by the Authority Having Jurisdiction (AHJ), the Osceola County Building Department. This process follows the code requirements delineated in the Florida Building Code, including Chapter 1, Sections 104, 111 and 116, Chapter 2 definition of "Dangerous", as well as the Osceola County Municipal Code, including Section 5-2, and the issuance of Osceola County building violations relating to the subject property. Following successful completion, once a Final Inspection is approved by the AHJ, and potential issuance of a

---

[1] "Plaintiffs" means Urban Oaks Builders, LLC; Hines Interests Limited Partnership; 1662 Multifamily LLC; Hines 1662 Multifamily, LLC; Hines Investment Management Holdings Limited Partnership; HIMH GP, LLC; Hines Real Estate Holdings Limited Partnership; and JCH Investments, Inc.

Certificate of Occupancy or Certificate of Completion would allow for occupancy of each respective building.

2.     The identification of the unsafe conditions and the respective permitting and inspection requirements are all specifically detailed within the Florida Building Code. These aspects would be applicable to some of the situations found in the multiple structures at the subject address.

3.     The Building Official provides the responsibility and authority of enforcing these conditions and the regulatory aspects involved with requiring permits and inspections. Subsequently, either a Certificate of Occupancy or Certificate of Completion are followed as part of the re-occupancy process for existing buildings that have been taken out of service and then reoccupied following any respective work being performed.

By entering this Joint Stipulation, Plaintiffs, Ironshore, the Southstar Parties, Gemini, and Navigators do not waive any right to appeal the rulings of this Court.

**AGREED TO BY:**

*/s/ Bradley W. Cole* _____
KEVIN RISLEY
State Bar No. 16941200, Federal I.D. No. 3491
krisley@thompsoncoe.com
CHRISTINA A. CULVER
State Bar No. 24078388, Federal I.D. No. 2118731
cculver@thompsoncoe.com
BRADLEY W. COLE
State Bar No. 04535980, Federal I.D. No. 10563
bcole@thompsoncoe.com
**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Telecopy: (713) 403-8299

**COUNSEL FOR DEFENDANT**
**IRONSHORE SPECIALTY INSURANCE**
**COMPANY**

*/s/ Mark A. Boyle*_____

MARK A. BOYLE
Molly Chafe Brockmeyer
**BOYLE, LEONARD & ANDERSON, P.A.**
9111 West College Pointe Drive
Fort Myers, FL 33919
Telephone: (239) 337-1303
mboyle@insurance-counsel.com
mbrockmeyer@insurance-counsel.com

**COUNSEL FOR THE PLAINTIFFS**

*/s/ Stephanie Villa Gomez Lemoine* _____

JAY W. BROWN
JOSEPH F. COLVIN, JR.
STEPHANIE VILLA GOMEZ LEMOINE
**SHACKLEFORD, MCKINLEY & NORTON, LLP**
717 Texas Avenue, 27th Floor
Houston, TX 77002
Telephone: (832)-415-1801
jbrown@shackelford.law
bwilkin@shackelford.law
jcolvin@shackedlford.law
slemoine@shackelford.law

**COUNSEL FOR DEFENDANT
GEMINI INSURANCE COMPANY**

*/s/ Wayne S. Karbal*_____

WAYNE S. KARBAL
THOMAS D. FERGUSON
**KARBAL, COHEN, ECONOMOU, SILK
     & DUNNE, LLC**
200 S. Wacker Drive, Suite 2550
Chicago, IL  60606
Telephone: (312) 431-3610
wkarbal@karballaw.com
tferguson@karballaw.com
*Pro Hac Vice*

**COUNSEL FOR DEFENDANT
NAVIGATORS SPECIALTY INS. COMPANY**

*/s/ Michael Hornreich*
MICHAEL HORNREICH
MATTHEW KRAMER
**WEINBERG WHEELER HUDGINS GUNN
     & DIAL**
255 South Orange Avenue, Suite 1260
Orlando, Florida 32801
Telephone: (407) 734-7000
mhornreich@wwhgd.com
mkramer@wwhgd.com
*Pro Hac Vice*

**COUNSEL FOR DEFENDANT
SOUTHSTAR CAPITAL GROUP I,
LLC, COTTINGTON ROAD TIC, LLC, DUR-
BAN ROAD TIC, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on all counsel of record via the CM/ECF system on December 12, 2025.

*/s/ Christina A. Culver*
CHRISTINA A. CULVER