United States District Court
Southern District of Texas
**ENTERED**
March 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| URBAN OAKS BUILDERS LLC, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-04211 |
| | § | |
| GEMINI INSURANCE COMPANY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Defendant Gemini Insurance Company's Motion to Exclude Evidence under FED. R. CIV. P. 37 for Failure to Disclose under FED. R. CIV. P. 26. (Doc. No. 496). The Court, having already conducted a bench trial, hereby finds that the motion should be denied as **MOOT**, but reserves the right to rely on any legal arguments raised therein to the extent they apply to issues raised in the post-trial briefing.

Signed on this 31st day of March 2026.

Andrew S. Hanen
United States District Judge